FELLOWS H. BILLINGSLEY and PEARL BILLINGSLEY, his wife, v. NORMAN K. BILLINGSLEY and JOHN P. BILLINGSLEY and LELA BILLINGSLEY, his wife.

23 So. (2nd) 385                                    June Term, 1945
September 28, 1945                                  Division A

*Parker & Foster, Julius F. Parker, Leo L. Foster* and *William A. O'Bryan,* for appellants.

*Atkinson & Atkinson,* for appellees.

PER CURIAM:

The record and the brief in this cause have been examined and we find no reversible error so the judgment is affirmed. See Anderson v. Carlton et al., 156 Fla. 170, 22 So. (2nd) 874.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.